UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 12-30107 MAP

| | |
|---|---|
| MICRO ESTIMATING SYSTEMS, INC., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| LAURENTEC LLC, AND MTI SYSTEMS, INC., <br> Defendant, | ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff Micro Estimating Systems, Inc. ("Plaintiff") moves for entry of a preliminary injunction prohibiting Defendants Laurentec LLC and MTI Systems, Inc. (collectively "Defendants") from continuing to publish, copy, and/or disseminate in any way the false statements referred to in paragraphs 27 through 35 of the Complaint and contained in Exhibit B to the Complaint. As a result of the false statements impugning the quality of Plaintiff's products and customer service, and their deliberate publication to Plaintiff's prospective customers, Defendants are liable for defamation and violations of the Lanham Act. Without injunctive relief, Plaintiff will continue to suffer irreparable harm to its reputation and business prospects. For the reasons given more fully in Plaintiff's supporting Memorandum, Plaintiff's situation easily satisfies the standard for issuance of a preliminary injunction.

Plaintiff submits herewith the affidavits of Bernard Wood and Leonard Hughes as well as its proposed form of Order.

*DENIED, without prejudice, for failure to show irreparable harm, with the express understanding that Defendants have agreed to cease any distribution of the offending statements. So ordered.*

*Michael B. Ponsor USDJ 11·27·12*