UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 12-30107 WGY

| | |
|---|---|
| MICRO ESTIMATING SYSTEMS, INC. ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MTI SYSTEMS, INC. ) | |
|         Defendant ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come Plaintiff Micro Estimating Systems, Inc. and Defendant MTI Systems, Inc., who stipulate to the dismissal of this matter with prejudice, without costs or appeal, and with each party to bear its own attorneys' fees.

Respectfully submitted,                          Respectfully submitted,

Plaintiff, Micro Estimating Systems, Inc.        Defendant, MTI Systems, Inc.
By its attorney,                                 By its attorney,

   /s/ *Robert S. White*                            /s/ *James F. Martin*
_____                  _____
Robert S. White, Esq., BBO #552229               James F. Martin, Esq., BBO#322480
Bourgeois White, LLP                             Robinson Donovan, P.C.
One West Boylston Street, Suite 307              1500 Main Street; Suite 1600
Worcester, MA  01605                             Springfield, MA  01115
Telephone:  (508) 753-7038                       Telephone:  (413) 732-2301
Fax:  (508) 756-1613                             Fax: (413) 452-0332
rsw@bourgeoiswhite.com                           jmartin@robinsondonovan.com

580217